

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00087-CV

| | | |
|---|---|---|
| SHANNON BROOKS, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-332082-22) |
| V. | § | August 17, 2023 |
| CENTRE STATION APARTMENTS, LLC, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is modified in part, reversed in part, and affirmed in part.

We modify the judgment to delete any reference to granting a traditional summary judgment.

We reverse the trial court's judgment on the following claims only:

• that Centre Station Apartments, LLC breached the lease by allowing human blood to remain on the breezeway for several weeks;

• that Centre Station violated Property Code Section 92.201 by failing to disclose the record title owner's name and address;

• that Centre Station allowed a common nuisance on the premises;

• that Centre Station committed a private nuisance by "maintain[ing] the loud disruptions [and] noise from the bathroom plumbing after several complaints";

• that Centre Station breached the warranty of habitability by failing to provide safe premises free of hazardous waste; and

• that Centre Station breached the warranty of quiet enjoyment due to "trash throughout the community," insect infestation, and the failure to remove human blood from the premises.

We affirm trial court's judgment as to Shannon Brooks's other pleaded claims and remand this case for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
      Justice Dabney Bassel